# Exhibit A

| Form 651<br>(Revised 05/11)<br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>Filing Fee: $40 | <br><br>**Certificate of Termination<br>of a<br>Domestic Entity** | This space reserved for office use.<br><br>F I L E D<br>In the Office of the<br>Secretary of State of Texas<br><br>DEC 1 9 2014<br><br>Corporations Section |

## Entity Information

1. The name of the domestic entity is: **MEXIDELI USA, INC.**

2. The entity is organized as a **FOR-PROFIT CORPORATION** under the laws of Texas.
   *e.g., for-profit corporation, limited partnership, etc.*

3. The date of formation of the entity is: **07/13/2006**
   *mm/dd/yyyy*

4. The file number issued to the entity by the secretary of state is: **0800680001**

## Governing Persons

5. The names and addresses of each of the entity's governing persons are: (see Item 5 instructions)

**GOVERNING PERSON 1**

Name: DAVID FERNANDEZ

Address: 3507 SHADOWVISTA CT. | HOUSTON | TX | USA | 77082
*Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code*

**GOVERNING PERSON 2**

Name:

Address: ___ | ___ | ___ | ___ | ___
*Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code*

**GOVERNING PERSON 3**

Name:

Address: ___ | ___ | ___ | ___ | ___
*Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code*

**GOVERNING PERSON 4**

Name:

Address: ___ | ___ | ___ | ___ | ___
*Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code*

## Event Requiring Winding Up
(See Item 6 instructions.)

6. The nature of the event requiring winding up is set forth below:   (You must select either A, B, C, D, or E.)

☑ A.   A voluntary decision to wind up the entity has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

☐ B.   The period of duration specified in the governing documents of the entity has expired.

☐ C.   The occurrence of an event specified in the governing documents of the entity that requires the winding up, dissolution, or termination of the entity

☐ D.   The occurrence of an event specified in the Texas Business Organizations Code that requires the winding up, dissolution, or termination of the entity

OR

☐ E.   A court decree requiring the winding up, dissolution, or termination of the entity has been rendered under the provisions of the Texas Business Organizations Code or other law.

## Completion of Winding Up

7. The filing entity has complied with the provisions of the Texas Business Organizations Code governing its winding up.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____ mm/dd/yyyy

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____ mm/dd/yyyy

The following event or fact will cause the document to take effect in the manner described below:

## Tax Certificate
(Required)

☑ Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid.

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 12/8/2014

By: MEXIDELI USA, INC
Name of entity (see Execution instructions)

_____
Signature of authorized individual (see Execution instructions)

DAVID FERNANDEZ
Printed or typed name of authorized individual

Form 651

5

DEC-05-2014 08:21     From:9035815574                                              Page:1/1

**TEXAS COMPTROLLER of PUBLIC ACCOUNTS**
P.O. Box 13528 · Austin, TX 78711-3528



December 5, 2014

MEXIDELI USA, INC.
6689 W SAM HOUSTON PKWY S STE 100
HOUSTON, TX 77072-1619

## CERTIFICATE OF ACCOUNT STATUS

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Susan Combs, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the records of this office

MEXIDELI USA, INC.

has filed all required reports for taxes administered by the Comptroller under Title 2, Tax Code, and taxes reported due on those reports have been paid. This certificate must be filed with the Texas Secretary of State to legally end the entity's existence in Texas. This certificate is valid through December 31, 2014.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 5th day of
December, 2014 A.D.

*Susan Combs*

Susan Combs
Texas Comptroller

Taxpayer number: 32020200260
File number: 0800680001

NOTE: Failure by registered Texas entities to legally end existence with the Texas Secretary of State on or before the expiration of this certificate will result in additional franchise tax responsibilities. Texas entities not registered with the Texas Secretary of State and all out-of-state entities are responsible for franchise tax through the last date of business in this state.

Form 05-305 (Rev.12-07/16)