IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | CASE NO. 17-34196 |
| VANDERHALL EXOTICS OF HOUSTON, LLC f/k/a/ GLOBAL MOTORCARS OF HOUSTON, LLC, | § § § | CHAPTER 7 |
| Debtor. | § § § | |
| RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE, | § § § | |
| Trustee, | § § | |
| vs. | § § | Adversary No.  19-3562 |
| FIRST CALL SECURITY, INC. D/B/A SPARTAN SECURITY SERVICES, DANIEL FERNANDEZ, AND DAVID FERNANDEZ, INDIVIDUALLY AND D/B/A MEXIDELI USA, INC. | § § § § § § | |
| Defendants. | § | |

## ORDER ON MEXIDELI'S RULE 12(B)(6) MOTION TO DISMISS

Currently pending before the Court is Defendant MexiDeli USA, Inc.'s Motion to Dismiss.  Having considered the motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, the Court is of the opinion that the motion should be GRANTED.  It is therefore ORDERED that all claims of Randy W. Williams against MexiDeli USA, Inc. are hereby DISMISSED WITH PREJUDICE.

SIGNED on _____, 2019.

_____
JUDGE PRESIDING